UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------X
UMG RECORDINGS INC., a Delaware
corporation; WARNER BROS.
RECORDS, INC., a Delaware
corporation; ARISTA RECORDS LLC,
INC., a Delaware limited
liability company; INTERSCOPE
RECORDS, a California general
partnership; MOTOWN RECORD
COMPANY, L.P., a California
limited partnership; and SONY BMG
MUSIC ENTERTAINMENT, a Delaware
general partnership,

        Plaintiffs,

-against-

MARIE C. LINDOR,

        Defendant.
-----------------------------------X

MEMORANDUM AND ORDER

Civil Action No.
CV-05-1095(DGT)

Trager, J.:

On February 1, 2010, an order ("the February 1 order") was issued in the above-captioned matter, denying plaintiffs' motion for sanctions and dismissing this action without prejudice and without fees or costs. On February 25, 2010, defendant requested a clarification of the February 1 order regarding defendant's request for fees and costs.

The February 1 order specifically stated that defendant's request for attorney's fees and costs "is not only denied but is also inappropriate." Although it was quite clear from this language that defendant's motion for attorney's fees was denied, to remove any doubt in counsel's mind, this Court restates that

defendant's request for attorney's fees and costs is denied.

Dated: Brooklyn, New York
       March 5, 2010

                                      SO ORDERED:
                                        s/ DGT
                                      _____
                                      David G. Trager
                                      United States District Judge